# CV-10 2030

### CIVIL RIGHTS COMPLAINT
### 42 U.S.C. § 1983
### 42 U.S.C § 1985

**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★   MAY 0 4 2010   ★

-------------------------------------------------x

LONG ISLAND OFFICE

Full name of plaintiff/prisoner ID#

Anthony J Ceparano \ 09A5302
         Plaintiff,

JURY TRIAL DEMAND
YES___ X ___   NO _____

-against-

Suffolk County, NY
Et Al ( See Attached
"Defendant List")

FEUERSTEIN, S

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

TOMLINSON, M

        Defendants.

-------------------------------------------------x

I.     Previous Lawsuits:

     A.    Have you begun other lawsuits in state or federal court
          dealing with the same facts involved in this action or
          otherwise relating to your imprisonment?  Yes ( )  No ( )

     B.    If your answer to A is yes, describe each lawsuit in the space below
          (If there is more than one lawsuit, describe the additional lawsuits
          on another piece of paper, using the same outline.)

          1.  Parties to this previous lawsuit:

               Plaintiffs:   _____

                             _____

               Defendants:  _____

**RECEIVED**

MAY 0 4 2010

EDNY PRO SE OFFICE

                             _____

          2.  Court (if federal court, name the district;
              if state court, name the county)

           _____

          3.  Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.   Place of ~~Present~~ **FORMER** Confinement: **SUFFOLK COUNTY CORRECTIONAL FACILITY REGARDING SECTIONS 6-10, AND 11-14 WHERE APPLICABLE**

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X) *
   * "OFFICIALLY" - YES, BUT PRACTICALLY SPEAKING, THERE IS NOT.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No (X) — FOR MOST ISSUES

C. If your answer is YES, ON TWO

   1. What steps did you take? I MANAGED TO FILE TWO ON ISSUES OF 9/11/2009
   _____

   2. What was the result? THEY MAKE YOU SIGN FIRST THEN WRITE THAT THEY "FIXED" THE COMPLAINT WHEN THEY DIDN'T.

D. If your answer is NO, explain why not NUMEROUS MASSIVE OBSTACLES TO FILING EXIST - INCLUDING NOT EXPLAINING PROCEDURE OR GIVING FORMS, SHORTENING FILING TIME FROM STATUTORY 21 DAYS TO 2, REFUSING TO TAKE FORMS, AND THREATS.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is YES,

   1. What steps did you take? ATTEMPTED TO ENLIST THE HELP OF SGT'S AND WROTE LT. McCAURKIN ABOUT LAW LIBRARY ISSUES TWICE

   2. What was the result? GENERALLY - NO REPLY AT ALL - OR WHITEWASH ("I'LL GET BACK TO YOU")

2

III.    Parties:

       (In item A below, place your name in the first blank and place your <u>present</u> address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  Anthony J Ceparano | 09A5302

Address  GOWANDA CORRECTIONAL FACILITY
P.O BOX 311
GOWANDA, NY 14070-0311
(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served.  Plaintiff must provide the address for each defendant named.

Defendant No. 1    SEE ATTACHED

"DEFENDANT LIST"

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

## DEFENDANT LIST

NOTED ALL COMPLETE BLANKS (EG. _____) ARE "JOHN DOES."

- "JOHN DOE'S SPECIFIED BY NICKNAMES ARE IN QUOTES.
- ALL INDIVIDUALS ARE SUED IN INDIVIDUAL AND OFFICIAL CAPACITIES.
- NUMBERED ENTITIES ARE ALSO DEFENDANTS, EXCEPT FOR #8, S.C.C.F MEDICAL DEPT WHERE ONLY INDIVIDUALS LISTED ARE DEFENDANTS.

1  SUFFOLK COUNTY, NY
   COUNTY EXECUTIVE STEVE LEVY

   100 VETERANS MEMORIAL HWY
   P.O. BOX 6100
   HAUPPAUGE, NY  11788

2  SUFFOLK COUNTY POLICE DEPT
   POLICE COMMISSIONER RICHARD DORMER
   POLICE COMMISSIONER _____ (FORMER 2003-?)

   LT MICHAEL FITZPATRICK        HOMICIDE 6/5/07
   LT JAMES MAHER                 }
   LT PAUL SCHREIBER

   DET ANTHONY LETO               1ST PCT 6/5/07
   DET _____ BEHRENS            }

DEFENDANTS
2

DET. ROBERT SUPPA        1359|3110|2

DET WILLIAM SHERIDAN

P.O. CHRISTOPHER VIAR ,#5512        1ST PCT   6|5|07

P.O. WALTER HETZEL ,#5877

P.O. KATHLEEN FOCAS ,#1243

P.O TIMOTHY ___ KELLY,#4350|4110| ___  C.S

SGT _____ LEONARD

SGT WILLIAM WALLACE ,#905        C.S.

P.O. ERIC GUITERMAN ,#5824

P.O. WILLIAM VASQUEZ ,#5823

P.O. JAMES BEHRENS|5969

P.O. ANTHONY CALATO|5198

P.O. DANIEL RELLA |5438

P.O. JUAN VALDEZ|5669

SGT WILLIAM SCAIMA |1064

P.O. ANTHONY WURIA \5947

P.O MICHAEL DELCHER \6024

P.O ERNIE KETCHAM \ 5269

SGT FRANK GIULIANO \ 1066

LT JAMES SMITH        5TH PCT  11|8|03 @12|4|03,8|1

DET _____ (JAMES SMITH PARTNER)(  11|8|03

SGT KEN _____        @12|4|03,8|11|0

P.O _____        6|30|04

P.O, "JOHN DOE'S #'S 1-50"
_____

DEFENDANTS

3    LT STEPHEN HERNANDEZ
     LT DANIEL MEYER
     CAPT JOHN HANLEY

          POLICE HEADQUARTERS
          30 YAPHANK AVE.
          YAPHANK, NY 11980

3   SUFFOLK COUNTY DIVISION OF MEDICAL ~~AND~~ LEGAL
    INVESTIGATIONS AND FORENSIC SCIENCES
    MICHAEL LEHRER, CHIEF OF TOXICOLOGY
    MICHAEL KATZ, ASST CHIEF OF TOXICOLOGY
    LORI ARENDT, TOXICOLOGIST
    ROBERT GENNA, RECONSTRUCTION ANALYST

          CENTER FOR FORENSIC SCIENCES BLDG
          725 VETERANS MEMORIAL HWY
          BLDG #487, NORTH COUNTY COMPLEX
          HAUPPAUGE, NY 11787

4   SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE
    THOMAS SPOTA III, DISTRICT ATTORNEY
    _____, CHIEF MAJOR CRIME BUREAU,
    BRADFORD S MAGILL, A.D.A.
    PATRICIA BROSCO, A.D.A.
    "SUPERVISOR OF BRADFORD S MAGILL" _____
    "SUPERVISOR OF PATRICIA BROSCO" _____

EFENDANTS

4

SUFFOLK COUNTY DISTRICT ATTORNEY

200 CENTER DRIVE

RIVERHEAD, NY 11901

5 SUFFOLK COUNTY UNIFIED COURTS SYSTEM

6/5/07 _____ * , PRESIDING JUDGE, S.C DISTRICT CT 6/5/07

JUDGE GAETAN B LOZITO *

AS
JUDGE RALPH T GAZZILO , PRESIDING JUDGE, S.C COUNTY COURT 2007

AS
JUDGE C RANDALL HINRICHS , PRESIDING JUDGE, S.C COUNTY COURT 2008-9

JUDGE RALPH T GAZZILLO

DENNIS P BRENNAN, COURT REPORTER

SUSAN T CONNERS, COURT REPORTER

JUDGE MARTIN EFMAN

SUFFOLK COUNTY COUNTY COURT

210 CENTER DRIVE

RIVERHEAD, NY 11901

* SUFFOLK COUNTY DISTRICT COURT

400 CARLETON AVE

CENTRAL ISLIP, NY 11722

JUDGE J.J JONES

SUPREME COURT, SUFFOLK COUNTY

235 GRIFFING AVE

RIVERHEAD, NY 11901

EFENDANTS
5

6 SUFFOLK COUNTY LEGAL AID SOCIETY

EDWARD VITALE, AS PRESIDING ATTORNEY 9/07 - 12/07

EDWARD VITALE, AS ATTORNEY AT ARRAIGNMENT 9/17/07

SUSAN AMBRO, ATTORNEY 9/7/07 - 1/15/08

LEGAL AID SOCIETY

300 CENTER DRIVE

RIVERHEAD, NY 11901

ROBERT MACEDONIO, 18-B COUNSEL 1/15/08 - 4/3/08

115 CARLETON AVE

CENTRAL ISLIP, NY 11722

(631) 474 - 3394   HOME #

7 SUFFOLK COUNTY SHERIFF'S DEPT

SHERIFF VINCENT DEMARCO     11/06 - PRESENT

SHERIFF ALFRED ETISCH (FORMER 11/02 - 11/06)

WARDEN _____ EWALD     2007 - 2009

WARDEN _____ (FORMER 8/04 - 5/06)

C.O. # 1158        CO # 1257        C.O ~~_____~~ 1251

C.O # 1207        CO # 1259        C.O # 1094

C.O # 1139        CO # 1241        C.O VIOLET _____

C.O # 962         CO # 1131        C.O "TOM ARNOLD"

LT _____ McCLURKIN        C.O _____ GALOTTI

SGT _____ FISCHER         C.O CATHY RYAN (PEEPING PERVERT)

DEFENDANTS
6

C.O  KENNETH LAWLER          C.O#668    CO#1274

C.O  WILLIAM ZIKIS           C.O#1324   CO#1276

C.O  JOSEPH FOTI             C.O#1220   CO#1276

C.O  _____ EZEKIEL

DEP " BRUTALITY \ VIOLATORS " , #1-12

C.O " JOHN CIVIL RIGHTS VIOLATORS " , #1 TO 200 *


* I HAVE A DETAILED LIST WITH BADGE NUMBERS, NAMES, DATES, EVENTS (AND WITNESSES TO THEM). I HAD THIS LIST, IN THE JAIL WHEN INTERNAL SECURITY SUDDENLY DECIDED S.C.C.F HAD THE RIGHT TO READ PRIVILEGED LEGAL MAIL AND LEGAL WORK. A C.O JUST MISSED SEEING THE LIST, WHICH WOULD HAVE GOTTEN ME BEATEN UNTIL I NEEDED AN I.C.U, IF NOT THROWN DOWN THE ELEVATOR SHAFT, BOTH COMMON OCCURRANCES IN S.C.C.F. I SENT IT OUT TO A SAFE PLACE. IT EXISTS. MANY WILL FACE JUDGEMENT DAY.


SHERIFF'S DEPT
100 CENTER DRIVE
RIVERHEAD, NY  11901


8 S.C.C.F MEDICAL UNIT (ENTITY NOT A DEFENDANT)

NURSE " KOREA "

NURSE PAT _____

NURSE JUNE " LOUD " _____

NURSE " MALE, EARRING, GLASSES "

DEFENDANTS

7  NURSE " REALLY UGLY WARTS, ALWAYS NASTY & RUDE "

SHERIFFS DEPT
100 CENTER DRIVE
RIVERHEAD, NY 11901

9 SUFFOLK COUNTY PROBATION DEPT
SENIOR SUPERVISOR _____ @ 1/18/05
SENIOR P.O. _____ BENNEDETTO, @ 1/18/05

PROBATION OFFICER _____ CURTIS, 3/05
PROBATION OFFICER " HERMAN MUENSTER ", P.O CURTIS PARTNER

PROBATION OFFICER _____ SOLTAN, 12/05
PROBATION OFFICER _____ , P.O SOLTAN PARTNER
FRONT DESK CLERK _____ 5/25/06 - 10:00 AM

SUFFOLK COUNTY PROBATION DEPT
300 CENTER DRIVE
RIVERHEAD, NY 11901

10  ANDREW O' FLAHERTY

c/o BERGEN POINT SEWAGE PLANT
600 BERGEN AVE.
W. BABYLON, NY 11704

DET ANTHONY LETO
O
R   HAS O'FLAHERTY'S
ADDRESS

DEFENDANTS
8

11  WEST BABYLON FIRE DEPT.

SUPERVISOR _____ MINA, AEMT#3-230404

EMT _____ McCLEAN, EMT#237735

WEST BABYLON FIRE DEPT.
153 W. MAIN ST,
BABYLON, NY 11702

12  GOOD SAMARITAN HOSPITAL

DR. JEFFREY MARGULIES        E.R. 6/5/07  *

DR _____        I.C.U 6/7/07  *

    * THE ONES WHO ALLOWED THE COPS TO TORTURE ME

NURSE "DO YOU WANT HIS CLOTHES" 6/5/07

NURSE "INTERROGATE HIM BEFORE HE'S SEDATED" 6/5/07

DONNA VENTURINI        LAB  6/5/07

ROB GANNON        LAB  6/5/07

BETH FEENEY        LAB  6/5/07

JEANNE H MORENA        I.D  6/6/07

13  SOUTHSIDE HOSPITAL

DR " JULIE CRIST'S E.R DOCTOR" 6/5/07 - 6/6/07

DR _____, CHIEF PSYCHIATRY

SOUTHSIDE HOSPITAL
301 E. MAIN ST
BAYSHORE, NY 11706

DEFENDANTS
9

14   NEWSDAY

EDITOR JOHN MANCINI

MANAGING EDITOR DEBORAH HENLEY

MANAGING EDITOR DEBBY KRENEK

REPORTER BILL MASON


NEWSDAY

235 PINELAWN RD

MELVILLE, NY 11747


15   1010 WINS RADIO

1010 WINS . COM

PROGRAMMING DIRECTOR _____ 6/6/07

REPORTER _____ 6/6/07


o 1010 WINS
o 888 SEVENTH AVE, 10TH FL
o NEW YORK, NY 10106


16   CABLEVISION

NEWS 12 LONG ISLAND

PROGRAMMING DIRECTOR _____ 6/5/07

REPORTER _____ 6/5/07


CABLEVISION

ONE MEDIA CROSSWAYS

WOODBURY, NY 11797

DEFENDANTS
10

17. HOME PROPERTIES

SOUTHERN MEADOWS APARTMENTS

PROPERTY MANAGER DEBRA CODY

PROPERTY MANAGER _____ (ASST)

WILLIAM FLORIO, MAINTENANCE SUPERVISOR

SOUTHERN MEADOWS APTS

100 TERRACE ROAD

BAYPORT, NY 11705


18. SUFFOLK COUNTY INTENSIVE CASE MANAGEMENT

DOUGLAS SHELTERS, DIRECTOR

DANA ROMANO, CASE MANAGER

SUFFOLK COUNTY INTENSIVE CASE MGMT.

998 CROOKED HILL RD, BLDG 69

W. BRENTWOOD, NY 11717


19. BELLPORT OUTREACH                              SPRING 2008

DIRECTOR _____

SUPERVISOR OF JULIE CRIST'S CASE MGR, JENNY____)_____

JULIE CRIST'S CASE MGR JENNY_____

BELLPORT OUTREACH

11 FARBER DR.

BELLPORT, NY 11713

DEFENDANTS
11

20. GLOBAL TEL·LINK

CEO _____   2007 - 2009

BOARD OF DIRECTORS   2007 - 2009

EXECUTIVE V.P. BILLING AND MARKETING —

   MARGARET PHILLIPS

GLOBAL TEL·LINK

P.O. BOX 3068

MOBILE, ALABAMA 36652-3068

21. JULIE DOUGHERTY, A.K.A. JULIE CRIST

C/o BERNADETTE CIOCH    | O |   C/o DANA ROMANO

100 ROBINSON AVE    | R |   SUFFOLK COUNTY I.C.M.

MEDFORD, NY 11763      998 CROOKED HILL RD, BLDG 69

                       W. BRENTWOOD, NY 11717

   ( MOTHER )         ( I.C.M. CASE MGR )

22. MYSPACE.COM     • 8391 BEVERLY BLVD #349

                    • LOS ANGELOS, CA 90048

                    •

23. MOTHER'S AGAINST DRUNK DRIVING (MADD)

PRESIDENT _____   2007 - 2009   *

* WHOEVER KEPT DEMANDING MY CONVICTION OF THE A.D.A, ADDING

POLITICAL PRESSURE W/O BOTHERING TO LEARN I WAS SOBER.

I DON'T FEEL GOOD ABOUT THIS ONE, BUT I WANT AN APOLOGY.

• 33 WALT WHITMAN RD, STE LL7, HUNTINGTON STATION, NY 11746

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

● CONTINUING CONSPIRACY TO DEPRIVE CIVIL RIGHTS ●

I GREW UP BELIEVING IN THIS COUNTRY, AND THE IDEALS I WAS TAUGHT IN SCHOOL. "ALL MEN ARE CREATED EQUAL. BY THE PEOPLE, OF THE PEOPLE, FOR THE PEOPLE. NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF THE LAW. THE RIGHTS OF THE PEOPLE, TO BE SECURE IN THEIR PERSONS, HOUSES, AND PAPERS..."
ANYONE WHO BELIEVES THIS HAS NEVER LIVED IN SUFFOLK COUNTY. IT'S ALL A LIE! THE PEOPLE HAVE NO RIGHTS. POLICE, D.A'S, LOCAL GOVERNMENT AGENTS, WIELD UNCHECKED POWER AND ABUSE WHOEVER THEY WANT AT WILL. NO ONE IS SAFE, AND GOD FORBID YOU'VE EVER MADE A MISTAKE. YOU ARE TARGETED FOREVER...

IV. A    ~~If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?~~

IT TOOK JUST ONE YEAR OF LIVING IN SUFFOLK COUNTY, FROM 2003 TO 2004, TO DESTROY ALL OF MY FAITH, AND EVERY ILLUSION THAT I EVER HAD ABOUT HAVING CIVIL RIGHTS. I THOUGHT THESE THINGS ONLY HAPPENED IN URBAN GHETTOS OR THE BACKWOODS OF THE DEEP SOUTH. NEVER COULD I HAVE IMAGINED THIS COULD EVER HAPPEN HERE. IT'S A SICK GAME, THERE IS NO JUSTICE...

4

CLAIM
(1)

## IV STATEMENT OF CLAIM

1    THROUGH A PERIOD OF TIME BEGINNING IN
AUGUST 2003, CONTINUING THROUGH THE PRESENT
DAY, ONCE IDENTIFIED AS, AND BRANDED WITH
THE LABEL OF "CRIMINAL" OR "DRUG ADDICT" BY
VIRTUE OF MY PAST RECORD, THE COUNTY OF
SUFFOLK, IN THE STATE OF NEW YORK, HAS
THROUGH VARIOUS ENTITIES, PUBLIC OFFICIALS,
AND PRIVATE AGENTS ENGAGED IN A CONTINUING
CONSPIRACY TO DEPRIVE PLAINTIFF OF HIS
CONSTITUTIONAL RIGHTS UNDER THE 1ST, 4TH,
5TH, 6TH, 8TH, AND 14TH AMENDMENTS TO THE
UNITED STATES CONSTITUTION.

2    THE PERPETRATORS INCLUDE, BUT ARE NOT LIMITED
TO, ENTITIES SUCH AS THE POLICE DEPT, THE
FORENSICS LAB, THE DISTRICT ATTORNEY'S OFFICE,
THE COURT SYSTEM, AND THE SHERIFF'S DEPT,
THAT HAVE CREATED AND ENFORCED A SYSTEMIC,
INSTITUTIONALIZED PATTERN AND PRACTICE OF
DEPRIVING PLAINTIFF, AND OTHERS LIKE HIM,
OF HIS CONSTITUTIONAL RIGHTS, AS WELL AS,
PUBLIC OFFICIALS, FROM THE HIGHEST RANKING
CHIEFS TO THE LOWEST RANKING EMPLOYEES,
AND PRIVATE ENTITIES AND PERSONS, ACTING
AS WILLING CO-CONSPIRATORS, WHO TOGETHER
COMMIT INDIVIDUAL ACTS IN FURTHERANCE
OF THE CONSPIRACY WITH THE SPECIFIC,
PREDETERMINED INTENT OF DEPRIVING

CLAIM
(2)

AND DENYING PLAINTIFF OF WHATEVER CIVIL
RIGHT OR RIGHTS WHICH WOULD BE APPLICABLE
IN ANY GIVEN SITUATION, AT EVERY CONTACT
WITH THE "SYSTEM"

3.   ALTHOUGH EACH INDIVIDUAL ACT PERPETRATED
AGAINST PLAINTIFF IS IN ITSELF A VIOLATION
OF SUBSTANTIAL CONSTITUTIONAL RIGHTS,
WHICH COULD CONSTITUTE A CAUSE OF ACTION,
THE LARGER VIOLATION, THE PARENT SO TO
SPEAK OF ALL, IS THE INTENT. THE DEPRIVATION
BORN OF THE CONSPIRACY, IS NOT FOUND SO
MUCH IN EACH INDIVIDUAL OVERT ACT IN
FURTHERANCE OF THE CONSPIRACY, AS IT IS
IN THE CONSPIRACY ITSELF - THE PREDETERMINED
INTENT TO DEPRIVE PLAINTIFF OF LIFE,
LIBERTY, AND PROPERTY, BY ANY MEANS
POSSIBLE, WITHOUT DUE PROCESS OF THE
LAW BECAUSE OF THE ALL PERVASIVE BELIEF
THAT AS A CRIMINAL OR DRUG ADDICT, I
HAVEN'T GOT ANY RIGHTS. REGARDLESS OF
THE INDIVIDUAL SITUATION, OR WHO OR
WHAT I HAVE CONTACT WITH, OR WHY,
BEFORE ANYTHING OCCURS, IT IS INEVITABLE
THAT SOME VIOLATION OF MY CIVIL RIGHTS
WILL OCCUR, AND THAT I WILL BE HELPLESS,
WITH NO REDRESS OR RECOURSE TO REMEDY
THE VIOLATIONS, BECAUSE THIS POLICY IS NOT ONLY
STANDARD OPERATING PROCEDURE, ITS TRADITION

CLAIM
(3)

4   THIS HAS LEFT PLAINTIFF IN PERPETUAL
FEAR OF ANY AND EVERY PUBLIC AND PRIVATE
ENTITY OR INDIVIDUAL IN SUFFOLK COUNTY
DUE TO THE KNOWLEDGE THAT I, PLAINTIFF
AM VULNERABLE TO ATTACK, AT ANY TIME,
FOR ANY REASON, BY ANYONE, WITH NO
ONE TO TURN TO FOR PROTECTION, WITH
ANY ATTEMPTS AT SELF-DEFENSE, ONLY
RESULTING IN FURTHER VIOLATIONS OF MY
CIVIL RIGHTS

5   FOR EXAMPLE, ANY CONTACT WITH POLICE,
INITIATED BY POLICE, WILL RESULT IN:
- FABRICATION OF A CRIMINAL CHARGE, WHERE NO
  CRIMINAL ACT OCCURRED
- AN ARREST OBTAINED IN VIOLATION OF MY
  CONSTITUTIONAL DUE PROCESS RIGHTS
- OVERSTATING AND OVERCHARGING THE
  DEGREE OF A CRIME (IE - TURNING AN OBVIOUS
  DRUG POSSESSION INTO A "SALE", OR CHARGING
  A FELONY FOR A MISDEMEANOR POSSESSION)
- POLICE BRUTALITY / EXCESSIVE FORCE,
  MINOR OR MAJOR, AND/OR THREATS OF SAME,
- THEFT OF, OR DESTRUCTION OF MY
  PROPERTY, REGARDLESS OF WHETHER
  AN ARREST OCCURS
- DENIAL OF EQUAL PROTECTION UNDER THE LAW,
  FOR INSTANCE, ON 8/11/05, I WAS ARRESTED, AT MY H
  FOR A MISDEMEANOR BY A NARCOTICS LT.)

CLAIM
(4)

IN THE PRESENCE OF MY THEN GIRLFRIEND, TO
SCARE HER, HE TOLD HER HE HAD TO ARREST
HER TOO. SHE RESPONDED BY TERMINATING
OUR RELATIONSHIP, AND DEMANDING I MOVE
OUT OF OUR APARTMENT. THIS LT EFFECTED
AN ILLEGAL EVICTION ON THE SPOT.

THE SAME TREATMENT CAN SIMILARLY BE
EXPECTED FROM THE DISTRICT ATTORNEY'S OFFICE.

6   CONVERSELY, IF I INITIATE CONTACT WITH
POLICE, AS A CRIME VICTIM, NOT ONLY
AM I DENIED EQUAL PROTECTION UNDER THE
LAW, WHEREBY MORE OFTEN THAN NOT,
THE POLICE REFUSE TO PROTECT ME FROM,
AND ARREST THOSE THAT COMMITTED A
CRIMINAL ACT AGAINST ME, THEY HAVE ON
SOME OCCASIONS SOUGHT TO INSTEAD FIND
AN EXCUSE TO ARREST ME. I CALLED THE
POLICE ON A NEIGHBOR WHO WAS THREATENING
ME ONCE, AND THEY INSTEAD SEARCHED MY
PROPERTY, HOPING TO FIND DRUGS TO ARREST
ME FOR. (FORTUNATELY, I HAD NONE)

7   THE INDIVIDUAL ACTS, THE OVERT ACTS
IN FURTHERANCE OF THIS CONSPIRACY, NUMBER
IN THE HUNDREDS, AND EVEN THOUSANDS
OVER THE COURSE OF MORE THAN FIVE
YEARS, BUT THE GENERAL CATEGORIES OF
THE TOOLS USED TO DEPRIVE PLAINTIFF
OF HIS CIVIL RIGHTS ARE:

CLAIM
(5)

|  |  | AMENDMENT |
|---|---|---|
| 1 | POLICE BRUTALITY\EXCESSIVE FORCE | 4,5\14 |
| 2 | DUE PROCESS VIOLATIONS | 4,5\14 |
|  | ILLEGAL SEARCH   OVERCHARGING | |
|  | EVIDENCE TAMPERING   PERJURY | |
|  | ABUSE OF PROCESS | 4,5\14 |
| 3 | FALSE ARREST & IMPRISONMENT | 4,5\14 |
| 4 | MALICIOUS PROSECUTION | 4,5\14 |
| 5 | JUDICIAL MISCONDUCT | 5\14,6 |
| 6 | BLOCKING ACCESS TO THE COURTS | 5\14,6 |
| 7 | CRUEL & UNUSUAL PUNISHMENT | 8,14 |
| 8 | DELIBERATE INDIFFERENCE | 8,14 |
| 9 | BLOCKING COMMUNICATION WITH OUTSIDE WORLD | 1,8,14 |
| 10 | EQUAL PROTECTION | 5,14 |
| 11 | NEGLIGENT & INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | 4,5,8,14 |
| 12 | DEFAMATION OF CHARACTER, SLANDER, LIBEL | 4,5,8,14 |
| 13 | INVASION OF PRIVACY | 4,5,8,14 |
| 14 | INTENTIONAL DESTRUCTION OF PRIVATE RELATIONSHIPS AND PRIVATE LIFE | 4,5,8,14 |
| 15 | CIVIL CONSPIRACY - §1983, §1985 | 1,4,5\14,6,8 |

CLAIM
(6)

# POLICE BRUTALITY | EXCESSIVE FORCE

8   POLICE BRUTALITY IN SUFFOLK COUNTY IS NOT THE EXCEPTION. IT IS THE RULE. IT IS PAGE ONE, STANDARD OPERATING PROCEDURE. A BADGE IN SUFFOLK COUNTY IS A LICENSE TO ASSAULT, AND EVEN KILL, PLACING THE HOLDER ABOVE THE LAW.

9   I HAVE BEEN ARRESTED SEVEN TIMES IN SUFFOLK COUNTY, SIX OF WHICH, I WAS TAKEN INTO CUSTODY. OF THE SIX, FIVE (83%) INVOLVED POLICE BRUTALITY AND EXCESSIVE FORCE [FOOTNOTE ONE]

SUFFOLK COUNTY POLICE DEPT.

10   ① 11/8/03   I WAS IN CUSTODY, IN THE FIFTH PCT. I WAS ON THE PHONE. LT. JAMES SMITH YANKED THE PHONE OUT OF MY HAND, SMASHED ME OVER THE HEAD WITH IT, AND THREW ME INTO THE WALL. THIS WAS THE FIRST TIME I WAS EVER ARRESTED IN SUFFOLK COUNTY

11   ② 12/13/03  ~ NO INCIDENT ~

12   ③ 6/30/04   I WAS IN CUSTODY, IN CUFFS, BEING PUT INTO THE BACK SEAT OF A PATROL CAR. THE OFFICER SLAMMED MY NECK AND HEAD INTO THE ROOF OF THE CAR. I SCREAMED IN AGONY. HE DID IT AGAIN, JAMMING ME INTO THE CAR. REPEATED REQUESTS TO GO TO A HOSPITAL WERE

CLAIM
(7)

REFUSED. I WAS TOLD, "EVERY TIME YOU'RE
ARRESTED, YOU WANT TO GO TO THE
HOSPITAL". I AM LEGALLY DISABLED FOR
BACK PROBLEMS. I COULDN'T WALK
RIGHT FOR DAYS.

13   (4) 3/9/05  I WAS IN CUSTODY, IN THE FIRST PRECINCT.
THE OFFICER STRIP SEARCHED ME DOWN
TO MY UNDERWEAR. DESPITE MY REPEATED
PROTESTS THAT I DIDN'T HAVE ANY DRUGS,
HE REFUSED TO BELIEVE ME. HE ASSUMED
I'D HID DRUGS IN MY GROIN AREA,
AND REPEATEDLY YANKED MY UNDERWEAR
UP, ATTEMPTING TO DISLODGE, AND
BOUNCE OUT OF MY UNDERWEAR
THESE NON EXISTENT DRUGS. HE
CRUSHED MY TESTICLES IN DOING SO.

14   (5) 8/11/05  I WAS CUSTODY, IN CUFFS, IN THE BACK
SEAT OF AN UNMARKED SUV. MY CAR
PASSENGER, WHOSE DRUGS WERE FOUND
IN MY CAR, WAS IN THE FRONT SEAT.
I WAS TELLING HIM TO CLAIM HIS DRUGS.
LT JAMES SMITH GOT IN THE DRIVER SEAT
AND TOLD ME TO SHUT UP. WHEN I
PERSISTED, HE REACHED OVER THE SEAT,
AND BEAT ME ABOUT THE CHEST WITH A
FOUR D-CELL MAGLITE.

CLAIM
(8)

15    WHEN I PERSISTED STILL, KISHTY
EXITED THE VEHICLE, OPENED MY
DOOR, GRABBED ME BY THE THROAT,
CHOKING ME, AND SAID, "SHUT THE
FUCK UP OR I'LL KILL YOU." I
WAS BRUISED FOR A MONTH.

16    (6) 6/5/07  I WAS IN A HORRIFIC HEAD ON COLLISION.
I BOUNCED OFF, AND ALMOST WENT THROUGH
THE WINDSHIELD, WHICH BROKE "SPIDER-
WEBBING". I HAD HEAD TRAUMA, MY FACE
WAS COVERED IN BLOOD, I HAD GLASS IN
MY SCALP. I BROKE MY LEG IN TWO
PLACES, I BROKE MY HIP. I LATER
HAD RESPIRATORY FAILURE FROM IMPACT
COMPRESSION ON THE AIR BAG, ON MY
CHEST.

17    INITIAL REPORTS BELIEVED ME ASSAULTING
MY PASSENGER (THOUGH I WAS NOT), THE
POLICE, GUIDED BY A CAR FOLLOWING
US, WERE ON THE SCENE WITHIN
SECONDS OF THE CRASH. DUE TO ERRONEOUS
REPORTS OF A DOMESTIC ASSAULT, THE
POLICE ARRIVED ON SCENE IN A RAGE.

18    THE FIRST OFFICER NEAR ME, ~~BEING~~
P.O CHRISTOPHER VIAR ~~(IT IS A MATTER~~
~~O FACT OR POSSIBLY~~) REQUESTED I
FURNISH IDENTIFICATION. I SAID,

CLAIM
(9)

"MY NAME IS ANTHONY CEPARANO,
IN OTHER WORDS, THE PLATE YOU
RAN, THE REGISTRATION, THE RECORD—
THIS IS MY CAR AND THAT'S ME,
BUT I THINK MY LEG IS BROKEN
IN LIKE THREE PLACES AND I AM
SITTING ON MY WALLET AND I AM
AFRAID TO MOVE.

19    [SEE FN 2]    WITH THAT, THE OFFICER GROWLED,
GRABBED ME BY MY BROKEN LEG\HIP,
AND YANKED ME AROUND THE CAR
SEAT LIKE A RAG-DOLL, AND GRABBED
MY WALLET FROM MY BACK POCKET
(THE LAST I'VE SEEN OF IT), AND WALKED
AWAY. MY SCREAMS OF AGONY WERE IGNORED.

20           HE RETURNS MOMENTS LATER, AS I
WAS REACHING FOR MY CIGARETTES. HE
SMACKS THEM OUT OF MY HANDS, AND
SQUATS NEXT TO THE CAR. I LOOKED
DOWN TO SEE MY BACK PAIN MEDICATION,
A NASAL SPRAY THAT COSTS $90 A BOTTLE.
AS I WENT TO TAKE SOME, HE SMACKED
THAT OUT OF MY HANDS TOO. THEN HE
GRABBED BOTH OF MY HANDS, AND
PRESSED THEM ON MY CHEST, SCREAMING,
"KEEP YOUR HANDS RIGHT HERE. DON'T FUCKIN'
MOVE." I WAS GASPING. I COULDN'T
BREATHE. I BEGGED HIM TO STOP,

CLAIM
(10)

21   WHEN I WAS TOLD I WAS GOING TO BE EXTRACTED FROM THE CAR, I SAID, "WAIT A MINUTE. I KNOW THIS IS GOING TO HURT BUT GIVE ME A MINUTE TO PREPARE. (CUT OFF)" WITH THAT EMT'S AND POLICE RIPPED ME OUT OF THE CAR AND SLAMMED ME ONTO A STRETCHER.

22   I BEGAN PLEADING FOR MORPHINE. I WAS SCREAMING IN AGONY. EMT'S TOLD ME THEY COULDN'T GIVE ME ANYTHING. I SAID, "SHOOT ME UP OR KILL ME. SHOOT ME UP OR KILL ME" OVER AND OVER, BETWEEN SOBS AND GASPS. I COULDN'T SEE BECAUSE I HAD BLOOD IN MY EYES, AND THE SUN DIRECTLY IN MY FACE, BUT I HEARD, "OH MY GOD. AS SOON AS HE [ME] SAID THAT, I SAW THE LOOK ON YOUR FACE, AND I DIDN'T WANT YOU ANYWHERE NEAR HIM." APPARENTLY ONE OF THE COPS WAS MOVING TO FULFILL MY REQUEST OF THE EMT.

23   I WAS BLACKING IN AND OUT IN THE AMBULANCE FROM THE PAIN, OR SO IT SEEMED. THE RIDE, LISTED AS SEVEN MINUTES, SEEMED BUT A MINUTE. I'M WHEELED INTO THE EMERGENCY ROOM, AND TRANSFERED FROM THE STRETCHER TO THE BED, CAUSING MORE SCREAMS.

CLAIM
(11)

24       NOW I HAVE TWO DETECTIVES NEXT
TO ME, TRYING TO INTERROGATE ME,
I KEPT TELLING THEM I WASN'T HIGH
AND THAT I WASN'T ASSAULTING JULIE,
AND THAT SHE WAS SUICIDAL.

25       ALL OF A SUDDEN, MY PANTS ARE
CUT OFF ME, AND I'M LIFTED UP
BY ALL FOURS, I SCREAMED IN AGONY.
THEN I FELT A SHARP PAIN UP MY
RECTUM. THEY SHOVED A VACCUUM
TUBE IN ME, SEARCHING FOR DRUGS,
I WAS HYSTERICAL, SCREAMING IN
AGONY. THEY PUT ME DOWN, HIT
ME WITH 6 MG OF MORPHINE, AND
DID IT (THE BODY CAVITY SEARCH) AGAIN.
AGAIN, I SCREAMED HYSTERICALLY.
AGAIN, I WAS HIT WITH MORPHINE,
THIS TIME 4 MG. THE SEARCH WAS
DONE A THIRD TIME AT THE BEHEST
OF THE POLICE.

26       I WAS SOBBING, HYSTERICALLY
PLEADING, "PLEASE. STOP. I DON'T HAVE
ANY DRUGS. JUST KILL ME. JUST KILL
ME". REMEMBERING ALL OF THIS IN THE
COMING WEEKS AND MONTHS, I THOUGHT
I WAS CRAZY — UNTIL I SAW THESE
EVENTS DOCUMENTED IN THE MEDICAL
RECORD

CLAIM
(12)

27

I KEPT THINKING TO MYSELF "WHERE ARE THE DOCTORS?? I KNOW I WAS IN AN AMBULANCE, BUT AM I IN A HOSPITAL? NO ONE IS TREATING ME. THEY'RE ONLY TORTURING ME." I'D HEARD THE STORIES OF POLICE HEADQUARTERS INTERROGATIONS. THIS IS WHERE I THOUGHT I WAS.

28

THE TWO DETECTIVES, ONE OF WHICH WAS LT PAUL SCHREIBER, AND THE OTHER, I BELIEVE LT JAMES MAHER, RESUMED THEIR INTERROGATION. POLICE WOULD NOT LET THE DOCTORS NEAR ME. I HADNT SEEN ONE YET TO THIS POINT. WHEN THEY COULDN'T GET ANYTHING INCRIMINATING OUT OF ME, THEY STEPPED BACK, AND ANOTHER DETECTIVE, WITH A CLIPBOARD, A WHITE SHIRT, SLIGHTLY WILD HAIR, AND A CHEESY MUSTACHE STEPPED FORWARD, AND BEGAN QUESTION-ING ME. I INITIALLY THOUGHT THIS DETECTIVE WAS HOMICIDE CHIEF MICHAEL "JACK" FITZPATRICK, BUT NOW THINK IT MAY HAVE BEEN A FOURTH DETECTIVE FROM HOMICIDE. THEY HAD THE WHOLE CREW OUT FOR THE INQUISITION.

29

WHEN "MUSTACHE" TOO FAILED TO EXTRACT A CONFESSION, I FINALLY HEAR, "THAT'S IT. I'M PUTTING HIM OUT," AND A GAS

CLAIM
(3)

MASK WAS PLACED OVER MY FACE, AND EVERYTHING WENT BLACK.

30   6/7/07   I AWOKE TWO DAYS LATER, CHAINED TO THE BED, SURROUNDED BY THE SAME DETECTIVES, WHO RESUMED THEIR INTERROGATION AS IF IT NEVER STOPPED. I LEARNED THAT I'D BEEN IN A MEDICALLY INDUCED COMA FOR TWO DAYS, HAD SURGERY, WAS A COMPLETE MESS, AND WAS TOLD FOR THE FIRST TIME THAT I WAS BEING CHARGED WITH A CRIME; VTL 1192.4-DUI.

31   MUCH LIKE ON 6/5/07, LT'S SCHREIBER AND MAHER TAG-TEAMED ME, WITH "MUSTACHE", DURING THE INTERROGATION. I WAS STILL VERY INCOHERENT AND DISORIENTED. I RECALL THINKING, "THIS IS SO WRONG. I'M TEN MINUTES OUT OF ANESTHESIA."

32   WHEN THEY COULDN'T GET ANYTHING USEFUL OUT OF ME, THEY GAVE UP WITH THE QUESTIONING, AND LEFT THE ROOM. MEMORIES OF THE TORTURE BEGAN FLOODING BACK. LT SCHREIBER RETURNS WITH A PILE OF PAPERS, AND SAYS, "HERE, SIGN THIS." I ASKED WHAT IT WAS, HE SAID, "THEY'RE DESK APPEARANCE TICKETS. WE'RE NOT ARRESTING YOU, BUT THE COP (MOTIONING TO THE UNIFORM GUARDING ME) HAS BEEN WAITING FOR YOU ALL MORNING TO SIGN

CLAIM
(14)

THEM, SO HE CAN GO HOME. HURRY UP
BEFORE HE GETS ANGRY, AND CHANGES
HIS MIND." ("AND TAKES YOU INTO CUSTODY"
WAS IMPLIED.)

33    I TOLD LT SCHREIBER I WASN'T
SIGNING ANYTHING WITHOUT READING
IT THOROUGHLY FIRST, AND BEGAN
TO LOOK THROUGH WHAT APPEARED TO
BE FOUR OR FIVE 8½" X 6" DOCUMENTS,
BEFORE I REALLY SAW ANYTHING, HE
YANKS THEM OUT OF MY HANDS AND
LEAVES, I REMEMBER THINKING, "YOU'RE
IN SUCH A HURRY, RUSHING ME, AND
THREATENING ME, SO WHY ARE YOU SLOWING
ME DOWN BY TAKING THE PAPERS?"
I HOPED HE WOULDN'T RETURN.

34    FIVE MINUTES LATER THOUGH, HE DID,
BUT HIS DEMEANOR WAS TOTALLY CHANGED,
STANDING OVER ME, RUSHING ME BECAME
"OK, TAKE YOUR TIME. READ THEM OVER.
I'LL BE JUST OUTSIDE. CALL ME WHEN
YOU'RE READY"

35    STILL DISORIENTED, I ASCERTAINED
THEY WERE IN FACT D.A.T'S, BUT WAS AFRAID
I WAS MISSING SOMETHING. MY RADAR WAS
GOING OFF, BUT I SIGNED THEM TO GET THE
COPS AWAY FROM ME. IT WAS ONLY MONTHS
LATER I REALIZED THAT LT SCHREIBER

CLAIM
(15)

MUST HAVE BEEN TRYING TO GET ME TO
SIGN A FALSE CONFESSION, OR THE
BLOOD SAMPLE CONSENT, TRICKING ME
BY SLIPPING IT IN BETWEEN THE THREE
CARBONS OF THE D.A.T'S

30      FOOTNOTE ONE

                ARRESTS BY SUFFOLK COUNTY POLICE

1   11/8/03      CSCS-3, CPCS-5              DISMISSED
2   12/13/03     ASSAULT-2                  DISMISSED
        *
3   6/30/04      CPCS-7                     CONVICTION
4   5/9/05       LOITERING                  DISMISSED
5   8/11/05      CPCS-7                     CONVICTION
6   6/5/07       MANSLAUGHTER
                 VEHICULAR MANSLAUGHTER


    * 12/03 OR 1/04 NON-CUSTODIAL CHARGE OF
                    HARRASSMENT 2 (PLEAD TO
                 DISORDERLY CONDUCT)

CLAIM
(16)

FOOTNOTE TWO = 6/5/07  ARREST #6

37    AN X-RAY OF MY RIGHT FEMUR REVEALED
A SHATTERED LEG AND HIP, WITH A TWO INCH
PLUS GAD IN THE FEMUR, AND FRAGMENTS
EVERYWHERE



I DO NOT BELIEVE THIS DAMAGE WAS ENTIRELY
A RESULT OF THE ACCIDENT. I BELIEVE P.O
VIARS (OR HETZEL'S) MANHANDLING ME SHATTERED
THE ORIGINAL FRACTURES, DEPICTED HERE, INTO
FRAGMENTS, LIKE THE DEPICTION ABOVE.

CLAIM
(16A)

## FOOTNOTE 3 - 6/5/07 ARREST

PRACTICALLY THE ENTIRE FIRST PCT WAS ON THE SCENE. OVER A DOZEN OFFICERS WATCHED P.O VIAR TORTURE ME, AND E.M.T'S SLAM ME AROUND AND TALK TO ME LIKE A SUB-HUMAN ANIMAL. P.O. HETZEL PROBABLY WITNESSED P.O. VIAR YANK ME AROUND MY CAR LIKE A RAG DOLL. THEY ALL WATCHED P.O. VIAR TWISTING MY BROKEN LEG, AND THE E.M.T'S INHUMAN TREATMENT. NO ONE DID A THING TO STOP IT, NO ONE SAID A WORD.

ON 6/19/07, AND 7/3/07, I SPOKE WITH INTERNAL AFFAIRS OFFICERS LT STEPHEN HERNANDEZ, AND LT DANIEL MEYER REGARDING FILING A COMPLAINT. THEY NOT ONLY INVESTIGATED NOTHING (BECAUSE SUFFOLK COUNTY DOES NOT TARGET IT'S OWN), THEY INSTEAD TRIED TO DRAW ME OUT, TRYING TO GET ME TO IN-CRIMINATE MYSELF TO HELP THE PROSECUTION (THERE WAS NOTHING TO ADMIT). LT HERNANDEZ EVEN SAID, "WELL DON'T YOU THINK [HE] (AS IN P.O VIAR) DID THAT BECAUSE YOU KILLED SOMEBODY? SO LT HERNANDEZ, WITHOUT EVEN THE TOXICOLOGY RESULTS BACK, HAS DECIDED THAT I'M GUILTY, AND THAT ENTITLED P.O VIAR TO BRUTALIZE ME.

NEARLY A YEAR LATER, I RECEIVED THE I.A.B. REPORT FROM A CAPT HANLEY - "WE DON'T KNOW WHERE YOUR WALLET IS, SO YOUR ALLEGATIONS ARE UNFOUNDED, AND WE DETERMINED THE OFFICER ACTED APPROPRIATELY." TOTAL STONEWALLING AND WHITEWASH - P.O. VIAR TOOK MY WALLET, IT DISAPPEARED - IS OK. HIS TORTURE IS OK.

CLAIM
(17)

SUFFOLK COUNTY SHERIFF'S DEPT.

38    2/06    I TAPPED ON THE BUBBLE TO REQUEST
A RAZOR, AND WOKE A SLEEPING C.O ON
A SUNDAY AFTERNOON. HE PULLED ME OUT
OF THE DORM, SMACKED MY SHAVING GEL
OUT OF MY HANDS, AND RIPPED MY
T-SHIRT OFF MY CHEST. THEN HE GRABBED
ME WITH BOTH HANDS AROUND MY THROAT
AND CHOKED ME, SHOVING ME BACK AND
FORTH IN THE PROCESS, WHILE SAYING,
"IF THIS WAS FIVE YEARS AGO, YOU'D
BE ON YOUR WAY TO THE HOSPITAL."

39    11/5/07    I HAD JUST SPENT 2 MONTHS, ON CRUTCHES,
ON THE MEDICAL TIER, LEARNING TO WALK
AGAIN. THOUGH STILL LIMPING, I WAS
GETTING A REQUESTED TRANSFER OFF
THE TIER. THE C.O CALLED ME TO GO
BUT I DIDN'T HEAR HIM.

40    TO RETALIATE, HE THREW ME UP
AGAINST A WALL, AFTER TAKING MY
CANE, AND KICKED THE BROKEN LEG
HE'D JUST SEEN ME DRAGGING ON
CRUTCHES FOR TWO MONTHS. HIS PARTNER,
C.O #1131, EXPLAINED TO ME THAT I
WAS "LUCKY THIS OFFICER WAS IN A
SEMI-DECENT MOOD TODAY, OR I'D BE

CLAIM
(18)

GETTING THE SH*T BEAT OUT OF ME"
THEN THEY PROCEEDED TO SEARCH
MY STUFF, THROWING HALF OF IT, ~~XXXX~~
INCLUDING FOOD, AND LEGAL PAPERS,
FORTUNATELY ONLY A FEW MINOR
ONES, IN THE GARBAGE.

.41   12/18/07 I WAS GETTING MEDICATION FROM THE
NURSE. I ASKED FOR A DIXIE CUP, STACKED
ON THE CART, CLOSEST TO ME, AND THOUGHT
THE NURSE SAID YES, I STARTED TO REACH
FOR A CUP THROUGH THE BARS, AND
C.O.#1209, GRABBED MY HAND, PULLED MY
ARM THROUGH THE BARS, AND TWISTED
IT TO THE LIMIT, SAYING, "YOU DONT
EVER REACH FOR ANYTHING ON THIS
CART. I'LL BREAK YOUR FUCKING ARM
DO YOU UNDERSTAND ME?" I THOUGHT
HE WAS GOING TO BECAUSE HE DIDNT
RELEASE MY ARM, THEN HE ADDED,
"I WANT TO HEAR YOU SAY THE WORDS,
'DO-YOU-UNDERSTAND-ME?'", BECAUSE
MY ANSWER OF YES WAS APPARENTLY
NOT ENOUGH, I TOLD HIM I UNDERSTOOD
AND THEN HE FINALLY RELEASED MY
ARM.

CLAIM
(19)

42    5/29/08    AFTER 8 MONTHS OF WAITING, I HAVE
MY BEST DOUBLE BREASTED SUIT TO GO
TO COURT IN. I'VE GOT MY TIE, GOOD
SHOES, THE WORKS ON. I HAVE NEVER
WORN A TIE TO COURT, AS AN INMATE,
AND DON'T KNOW THEY DON'T ALLOW
YOU TO WEAR YOUR TIE IN THE HOLDING
PENS, OR KEEP IT ON YOU FOR THAT
MATTER, IN THE DEPUTY'S CUSTODY.

43         I'VE KICKED OFF MY SHOES, AND BEEN
SEARCHED, WHEN A DEPUTY SAYS, "TAKE
OFF YOUR TIE." SINCE I HAD JUST BEEN
SEARCHED BY HIM, I WAS CONFUSED, THINKING
HE WANTED TO SEARCH MY TIE AGAIN. I
REPEATED HIS ORDER, "TAKE OFF MY
TIE?", QUIZZICALLY. HE SAID, "YES,
YOU'RE NOT ALLOWED TO KEEP IT IN
HERE". "OH", I THOUGHT

44         HE LEAVES, AND ANOTHER DEPUTY
ASKS, "ALL COUNTY COURT?" I DIDN'T
HEAR, AND SAID, "EXCUSE ME?" HE
SAID, "I SAID ARE YOU ALL COUNTY
COURT ASSHOLE. YOU'RE THE WISEASS
WHO MADE THE WISEASS REMARK ABOUT
THE TIE." WITH THIS, THE ORIGINAL
DEPUTY COMES BACK, SUDDENLY ANGRY
WHERE HE WASN'T BEFORE, SCREAMING
" YOU INSULTING ME ASSHOLE?"

45    THE SECOND DEPUTY, WHO ALWAYS HAS A PROBLEM WITH SOMEONE, GRABS AND TWISTS MY ARM, WHILE THE ORIGINAL GRABS AND TWISTS MY EAR, CAUSING ME GREAT PAIN. I YELLED, "AHHH", AS THEY DRAGGED ME OUT OF THE MAIN CELL (WITH SOME 15 PEOPLE IN IT), SHOELESS STILL, AND THREW ME IN A BACK CELL, OUT OF SIGHT, AND STARTED THREATENING TO KILL ME.

46    ALSO, AS I'D GAINED 30 LBS IN JAIL, I COULD ONLY GET ONE OF THE THREE BUTTONS THAT HOLDS THE PANTS CLOSED CLOSED. RETURNING FROM COURT, ANOTHER DEPUTY (THEY ATTACK IN PACKS), YANKED THE PANTS SO HARD, HE RIPPED THE BUTTON OFF. WHEN I REACHED FOR THE PANTS SO THEY WOULDN'T FALL DOWN, HE GOT ANGRY, UNTIL I EXPLAINED WHY, WHICH HE THOUGHT WAS HYSTERICAL,

47    11/2/08   "KRISTALNACHT" THE NIGHT OF BROKEN GLASS. THE NIGHT BEFORE, SOME GUYS ON THE OTHER SIDE OF THE BLOCK, HAD MOUTHED OFF TO THE NITE SHIFT C.O.

CLAIM
(21)

48

AN ASSAULT TEAM, LEAD BY A SGT,
STORMED THE BLOCK, UNDER THE
GUISE OF A SHAKEDOWN. THEY DESTROYED
OUR CELLS, AND OUR PROPERTY, AND
THEN SET OUT TO ASSAULT US. THEY
BROKE ONE GUYS HAND, ANOTHER'S
RIBS. THE C.O WHO DID MY CELL
GRABBED ME BY THE NECK, AND
THREW ME INTO THE CELL, SLAMMING
ME INTO THE WALL. THIS IS AFTER
ANOTHER C.O, DURING A PAT DOWN,
KICKED THE VERY SAME BAD LEG
OUT FROM UNDER ME AS THE C.O
DID 11/5/07

49

NOTE: I WAS GOING TO LIST THREATS OF
VIOLENCE MADE BY SUFFOLK LAW
ENFORCEMENT HERE, BUT DECIDED:
A) THERE'S NOT ENOUGH PAPER & EVERY
CONTACT WITH A BADGE INVOLVES
A THREAT
B) ONLY ACTUAL CONTACT BELONGS HERE
C) DESCRIBING HOW A THREAT IS PART
OF CERTAIN INCIDENTS ADDS
DIMENSION TO THE EVENT, SO
MANY ARE FOUND IN THE SECTION
ON "DUE PROCESS/ABUSE OF PROCESS"

CLAIM (22)

2 DUE PROCESS VIOLATIONS (ILLEGAL SEARCH, EVIDENCE TAMPERING, PERJURY, OVERCHARGING) ABUSE OF PROCESS, ~~OVERCHARGING~~

3 FALSE ARREST \ IMPRISONMENT

4 MALICIOUS PROSECUTION

50    IN THE SUPREME COURT CASE, UNITED STATES V BAGLEY, 473 U.S. 667 (1985), JUSTICE MARSHALL, DISSENTING, STATED AT PAGE 692, QUOTING EARLIER DECISIONS, "... THE FUNDAMENTAL PREMISE, ... THAT THE PURPOSE OF A TRIAL IS AS MUCH THE ACQUITTAL OF AN INNOCENT PERSON AS IT IS THE CONVICTION OF A GUILTY ONE ... THE STATE'S OBLIGATION IS NOT TO CONVICT, BUT TO SEE THAT, AS FAR AS POSSIBLE, TRUTH EMERGES."

51    IN SUFFOLK COUNTY, THESE WORDS MAY AS WELL BE IN CHINESE. TRUTH, AND JUSTICE, DO NOT EXIST. ONCE TARGETED, ONCE IN THE SIGHTS OF THE LAW ENFORCEMENT MACHINE, DEFENDANTS ARE FODDER FOR THE BEAST. CIVIL RIGHTS, DO NOT EXIST. I QUOTE PETER DAVIS, PROFESSOR OF LAW, TOURO LAW SCHOOL, FROM HIS ARTICLE, "JUSTICE PERVERTED". SUFFOLK COUNTY, IT WAS REPORTED IN THE 1989 STATE INVESTIGATION COMMISSION REPORT "HAS AN ATTITUDE OF DO WHAT YOU'VE GOT TO DO TO ARREST AND CONVICT."

52    WHAT'S MORE FRIGHTENING, IS THAT EVEN THOSE WITHOUT "CRIMINAL" STAMPED ON THEIR

CLAIM
(23)

FOREHEAD, LIKE ME, CAN BE CAUGHT IN THE WEB.
IN SUFFOLK COUNTY, LAW ENFORCEMENT IS A
SELF-SERVING, SELF-SUSTAINING ABERRATION,
THAT EXISTS NOT FOR THE BENEFIT OF
AND PROTECTION OF SOCIETY AS MUCH AS
IT DOES FOR THE ENRICHMENT OF THOSE
WHO HOLD BADGES AND LAW LICENSES.

53
    LAW HERE IS ABOUT CONVICTION RATES,
MERIT RAISES, AND ELECTIONS. THE GOALS
ARE PROMOTIONS AND RAISES, AND PERSONAL
ADVANCEMENT AND ENRICHMENT. ABOVE ALL,
IT IS ABOUT THE EXERCISE, AND ABUSE OF
POWER, WITHOUT REGARD TO CONSEQUENCE,
BY THOSE THAT ARE ABOVE THE LAW. THESE
DEMONS DESTROY LIVES, REGARDLESS OF THE
IRRELEVANT CONCEPTS OF TRUTH AND INNOCENCE,
WITH NO MORE THOUGHT THAN YOU GIVE TO
STEPPING ON A BUG WHILE WALKING.

54
    NOT ONLY DO POLICE, AND DISTRICT ATTORNEYS
CONTINUE ARRESTS, AND PROSECUTIONS OF THOSE
THEY SUDDENLY REALIZE ARE INNOCENT, THEY
ALSO ENTRAP PEOPLE THEY KNOW FROM THE
START ARE INNOCENT. THE ATTITUDE IS "YOU'VE
BEEN ARRESTED BEFORE. SO YOU'LL DO SOME
MORE TIME. SO WHAT. WHAT DIFFERENCE
DOES A LITTLE THING LIKE INNOCENCE MAKE?
I NEED AN ARREST, OR A CONVICTION, FOR
MY QUOTA." IT'S ABOUT BUSINESS, IT'S ABOUT

CLAIM
(24)

RECYCLING CRIMINALS THROUGH THE SYSTEM LEST A JOB BE LOST, A BUDGET BE CUT, A DEPARTMENT BE FORECLOSED. ARRESTS, AND CONVICTIONS ARE NOT BORN OF "THE NUMBER OF DEFENDANTS WHO ARE GUILTY OF COMMITTING CRIME", THEY ARE BORN OF "THE NUMBER OF DEFENDANTS REQUIRED TO SUSTAIN THE MACHINE" OR "THE NUMBER OF LIVES I MUST DESTROY TO ENJOY THE ABUSE OF MY POWER."

55    THERE IS NO PROTECTION OF SOCIETY, THERE IS NO REHABILITATION, THERE IS ONLY A NEVER ENDING CYCLE. IT'S A SICK GAME, THEY DON'T WANT YOU TO STOP COMMITTING CRIME, IT'S THEIR BUSINESS, THEIR BREAD AND BUTTER. AND IF YOU DO STOP, THEY'LL JUST FABRICATE AN EXCUSE TO CHARGE YOU ANYWAY, EITHER WITH SOMEBODY ELSE'S CRIME THEY KNOW YOU DIDN'T COMMIT, BUT THEY CAN'T SOLVE, OR THEY'LL MANUFACTURE A CRIME THAT HAS NOT REALLY OCCURRED. GUILT BY ASSOCIATION. ONCE GUILTY ALWAYS GUILTY. WE CONVICT YOU NOW THOUGH YOU'RE INNOCENT, TO. MAKE UP FOR ALL THE THINGS YOU DID WE DIDN'T CATCH YOU FOR. THIS, IS SUFFOLK COUNTY: IF YOU'VE COMMITTED A CRIME BEFORE YOU PROBABLY DID NOW, OR WILL, SO WE'RE GOING TO ARREST NOW AND DO WHAT WE HAVE TO TO MAKE A CONVICTION.

CLAIM
(25)

9/24/03   ABUSE OF PROCESS, FALSE CHARGING

56   I HAD RENTED AN SUV TO HELP THIS GIRL
CHRISTIN HOFFMAN, MOVE. SHE STOLE THE KEYS,
THOUGH AT THE TIME, I INITIALLY THOUGHT
SHE MISUNDERSTOOD THAT SHE WAS NOT LISTED
AS A DRIVER, AND THAT I HAD TO DRIVE. I
SPOKE TO HER SEVERAL TIMES THROUGH THE
AFTERNOON AFTER SHE HAD RETRIEVED HER
PROPERTY, AND PLACED IT IN THE SUV. SHE
KEPT PROMISING TO RETURN WITH THE VEHICLE,
BUT INSTEAD WENT TO THIS HOUSE IN SOUTH
PATCHOGUE ON FURMAN STREET TO GET HIGH.
57   I HEARD THROUGH AN ACQUAINTANCE, THAT
CHRISTIN, ALSO AN ACQUAINTANCE, WAS DOWN AT
THIS HOUSE. I HAD BEEN THERE ONCE OR TWICE
BEFORE, BUT WASNT SURE IF BOTH TIMES
WERE THE SAME HOUSE, OR EXACTLY WHERE
IT WAS. I HAD GIVEN RIDES TO OTHER
ACQUAINTANCES, AT NIGHT, AND HAD ONLY
VAGUE MEMORIES OF THE LOCATION. IN SHORT,
I WAS NEW TO THE AREA, AND THIS CROWD,
WHO ALL KNEW THIS LOW LIFE SHAWN
KALENYAK WHO LIVED THERE, UNKNOWN TO ME.
58   I HAD TO GET THE RENTAL BACK BY 6:00 PM
AND IT WAS LATE AFTERNOON. I SET OUT, WITH
THE RENTAL RECEIPT, IN THE HOPES OF
FINDING, RETRIEVING, AND RETURNING THE VEHICLE

CLAIM
(26)

ADMITTEDLY, THESE ACQUAINTANCES I WAS MAKING WERE THROUGH THE DRUG SCENE, WHICH I WAS STARTING TO SLIP BACK INTO. HOWEVER, MY PURPOSES THAT DAY HAD NOTHING TO DO WITH DRUGS, I DID NOT KNOW THIS SHAWN, AND DID NOT HAVE ANYTHING TO DO WITH THE EVENTS GOING ON THERE AT HIS HOUSE.

59    AS I SAID, I WAS UNFAMILIAR WITH THE AREA, AND MY DESTINATION, SO I WAS DRIVING SLOWLY, TRYING TO REMEMBER. AS I TURNED ONTO THE CONNECTING BLOCK TO FURMAN (STREET, ROAD, AVENUE? TO THIS DAY I DON'T KNOW WHICH) I SEE THREE POLICE CARS, TWO ON THE SIDE OF THE ROAD, AND ONE IN THE MIDDLE, TALKING TO ONE OF THE TWO PARKED COPS. I MADE NO CONNECTION BETWEEN THE POLICE AND THIS FURMAN HOUSE. I PASS THEM, AND TURN ONTO FURMAN, A SINGLE LANE ROAD, DRIVING SLOWLY, TRYING TO REMEMBER THIS HOUSE, AND SEARCHING FOR THE RENTAL VEHICLE.

60    I'M ABOUT HALFWAY UP THE BLOCK WHEN TWO POLICE CARS COME UP BEHIND ME QUICKLY. HAVING NO WHERE TO PULL OVER, BELIEVING THEM HEADING TO A CALL, I EXITED THE BLOCK, AND PULLED OVER FOR THEM TO PASS. AFTER THEY DID, THEY WENT UP THE ROAD SOME WHILE I MADE A U-TURN, AND PROCEEDED DOWN FURMAN AGAIN TO RESUME MY SEARCH.

I WAS AGAIN AT MID BLOCK WHEN THE POLICE CARS CAME FLYING UP BEHIND ME SO FAST I WAS WORRIED THEY'D REAR END ME. I QUICKLY TURNED LEFT, AND WAS INSTANTLY PULLED OVER. THREE OFFICERS RAN UP TO MY DRIVER'S WINDOW, HANDS ON THEIR GUNS, SCREAMING, "SHOW US I.D. SHOW US I.D." I REPLIED, "WHOEVER YOU'RE LOOKING FOR, I'M NOT HIM," AND HANDED OVER MY DRIVER'S LICENSE.

61    NOW A SGT WALKS UP, AND ONE OF THE COPS IN FRONT OF ME SAYS, "NO, IT'S NOT HIM. IT'S NOT HIM," AND HANDS ME MY I.D BACK. THE SGT ASKS WHY I WAS ON FURMAN. I EXPLAIN WHY. NOW KEEP IN MIND, I HAD NO RECORD IN SUFFOLK COUNTY, AND MY RECORD AT THE TIME WAS TWO COUNTS OF DISORDERLY CONDUCT, THE SGT DOESN'T BELIEVE ME. HE SAYS, "YOU BOUGHT DRUGS HERE!" INCREDULOUS, I CRIED, "BOUGHT DRUGS? I WENT UP AND DOWN THE BLOCK TWICE WITHOUT STOPPING ONCE, WHICH YOU KNOW SINCE YOU FOLLOWED ME BOTH TIMES. WHAT ARE YOU CLAIMING, A ROBIN DROPPED THEM IN MY SUNROOF?"

62    THE SGT SAYS, "WELL YOUR FRIEND CHRISSY'S A CRACKHEAD, AND WE'VE BEEN CALLED TO THIS HOUSE 3 TIMES TODAY FROM THE HOUSE, AND A BUNCH BY NEIGHBORS." I SAID, "WELL ALL THAT HAS NOTHING TO DO WITH ME. ALL

CLAIM
(28)

I WANT IS MY RENTAL VEHICLE. IN FACT, IF YOU'RE
SAYING THERE'S TROUBLE AT THE HOUSE, I DON'T
WANT ANYTHING TO DO WITH IT. PERHAPS YOU
COULD SEE IF THERE'S A TRUCK THERE WITH
THIS LICENSE PLATE, AND IF YES, GET THE KEYS
AND BRING IT HERE SO I COULD RETURN IT,"
I SHOWED THE SGT THE RENTAL AGREEMENT,
AND THE VEHICLE WAS ACTUALLY PARKED IN
THE DRIVEWAY AT THAT MOMENT. (I DIDN'T KNOW THAT)

63   THE OFFICERS THEMSELVES BELIEVED ME, BUT THE
SGT DID NOT. HE KEPT REPEATING," YOUR FRIEND
CHRISSY IS A CRACKHEAD", IE - GUILT BY ASSOCIATION.
I SAID, "I BARELY KNOW HER A MONTH, AND SHE'S REALLY
AN ACQUAINTANCE, NOT A FRIEND, WHO AFTER
TODAY, WILL BECOME "NOTHING" TO ME.

64     SO THE SGT SAYS, "THEN PROVE IT TO ME. GIVE
ME PERMISSION TO SEARCH YOUR CAR." I REPLIED,
"SINCE YOU SEEM TO BE RESPECTING MY CONSTITUTIONAL
RIGHTS, I'M GOING TO EXERCISE THEM : NO. I'VE
SEEN SHOWS ON HOW COPS SEARCH. THEY DESTROY
A CAR. MY CAR IS METICULOUSLY KEPT. I AM
NOT GOING TO HAVE A MESS MADE OUT OF MY
CAR, AND POSSIBLY HAVE IT BROKEN TO PROVE
I'M CLEAN."

HE SAYS," WHAT DO YOU HAVE TO HIDE IF YOU'RE
CLEAN."

I REPEATED, "I JUST TOLD YOU - I'VE NOTHING
TO HIDE, BUT YOU'RE NOT DESTROYING MY CAR.

CLAIM
(29)

I DON'T HAVE TO PROVE I'M INNOCENT." WITH
THAT, THE SGT SET OUT TO RETALIATE FOR MY
"NON-COOPERATION." HE DECLARED. "SAFETY-CHECK"
AND BASICALLY GAVE ME A 100% COMPLETE
ROADSIDE INSPECTION, AND I DO MEAN COMPLETE —
TAILLIGHTS, HEADLIGHTS, WIPERS, TIRE TREAD
DEPTH, YOU NAME IT. (THE CAR PASSED)

65    MEANTIME, WHILE SGT "SLAUGHTER" WAS SEEKING
AN EXCUSE TO TICKET OR ARREST ME, ONE OF
THE OFFICERS WHO BELIEVED ME DID CHECK FOR
THE SUV, BUT FOUND NOTHING, BECAUSE, I
FOUND OUT LATER, CHRISSY AND COMPANY, FLED
IN THE SUV AFTER SEEING THE OPPORTUNITY
AFFORDED BY THIS SGT HASSLING ME.

66    FINDING NOTHING WRONG WITH MY VEHICLE,
AND UNABLE TO FIND AN EXCUSE TO ARREST,
THE SGT FINALLY AGREED TO LET ME LEAVE,
MORE THAN ONE AND A HALF HOURS LATER,
BUT NOT BEFORE ISSUING ME A TRAFFIC TICKET
FOR "FAILING TO SIGNAL" WHEN I HAD THE
POLICE NEAR REAR END ME JUST BEFORE
THE PULLOVER.

67    I THOUGHT AT THE TIME, THESE POLICE WERE
ACTUALLY RESPECTING MY CIVIL RIGHTS, THEY
DID SOMEWHAT, BUT IN HINDSIGHT I NOT ONLY
GAVE THIS SGT FAR TOO MUCH CREDIT, HIS
FALSE CHARGING, WOULD EVENTUALLY LEAD TO
A LICENSE SUSPENSION WHEN I COULDN'T

FIND THE LITTLE VILLAGE COURT TO FIGHT IT,
WHICH WOULD BECOME THE BASIS OF A 6/30/04
FALSE ARREST. THIS WAS MY FIRST CONTACT WITH
THE SUFFOLK COUNTY POLICE AS A "DEFENDANT"
OR "PERSON UNDER SUSPICION."

68   THIS INCIDENT SETS THE TONE OF, AND TYPIFIES
THE ENTIRE CONSPIRACY. I WAS AN INNOCENT,
LAW ABIDING CITIZEN, WITH A LEGITIMATE PURPOSE,
AND SHOWING CREDIBLE PROOF OF IT. I HAD
NOTHING TO DO WITH THAT HOUSE, OR THE EVENTS
OF THAT DAY. I HAD NO RECORD TO SPEAK OF,
NOR ANY REASON TO AROUSE SUSPICION OTHER
THAN MY ACQUAINTANCE WITH A PERSON
THE SUFFOLK POLICE HAD ARRESTED BEFORE.
I WAS ON THE VERGE OF BECOMING AN AUTO
THEFT VICTIM, BUT ALL OF THIS WAS IRRELEVANT.
I WAS DEEMED "GUILTY BY ASSOCIATION, AND
UNTIL PROVEN INNOCENT." TO BE FAIR, THIS
SGT DID NOT COME CLOSE TO VIOLATING MY
RIGHTS TO THE DEPTHS FUTURE OFFICERS
WOULD. I MUST GIVE HIM THAT. HOWEVER,
I WAS A MISCREANT, AND A PAWN TO HIM,
SOMEONE TO ABUSE, AND DISCARD IN HIS QUEST
FOR THE REPORTED OFFENDER(S), AND GOAL
OF RETALIATION OVER FRUSTRATION ABOUT
THE DAYS' EVENTS. THAT HE ONLY PARTIALLY
VIOLATED MY RIGHTS GAINS HIM NO QUARTER,
HIS INTENT WAS MALICIOUS. I WAS EXPENDABLE,

11/8/03 FALSE ARREST/IMPRISONMENT, DUE PROCESS
ILLEGAL SEARCH, PERJURY, OVERCHARGING
ABUSE OF PROCESS (RETALIATORY CHARGING) (PROPERTY?
(ILLEGAL IMPOUND)

69    THERE WAS A HOUSE ON SUFFOLK AVENUE IN PATCHOGUE
THAT WAS A CRACKHOUSE THROUGH THE SPRING AND
SUMMER OF 2003. THIS WOMAN RENTED THE HOUSE,
INSTALLED A DEALER IN IT, AND BANK-ROLLED HIM
TO GET IT RUNNING. EVENTUALLY, AS ALWAYS, THE
POLICE CAUGHT WIND, AND SET UP SURVEILLANCE.
THEY ASSUMED THAT EVERYONE COMING AND GOING
FROM THE HOUSE WERE DRUG BUYERS, AND WERE
ILLEGALLY PULLING OVER, AND ARRESTING BY ANY
MEANS, PEOPLE LEAVING THE HOUSE, FOR THE PURPOSES
OF FINDING AN ARRESTEE WILLING TO "ROLL"
ON THE HOUSE - PROVIDE INFORMATION, AND HELP
FACILITATE TAKING DOWN THE HOUSE.

70    THE PROBLEM WAS, THE OPERATION WAS SHUT
DOWN BY SEPTEMBER. THE DEALER FELT IT WAS
"TOO HOT" AND MOVED OUT, AND THE "PARTIES"
CEASED. BY NOVEMBER, THE HOUSE CONTAINED
ONLY THE WOMAN (LESSEE), AND 3 PEOPLE
RENTING ROOMS FROM HER. ADMITTEDLY, 3 OF
THE FOUR OCCUPANTS WERE DRUG USERS, AS
WAS I BY THEN, BUT THE OPERATION THE
POLICE WERE AFTER NO LONGER EXISTED, AND
REGARDLESS, THEIR METHODS ILLEGAL.

71    AT THE TIME, I HAD JUST BROKEN UP WITH

CLAIM
(32)

MY GIRLFRIEND. I ALSO LIKED THIS WOMAN SHARON WHO WAS RENTING ONE OF THE ROOMS THERE. I DROVE SHARON TO WORK, I WENT THERE THAT NIGHT TO SEE SHARON. SHE WAS INDISPOSED, SHOWERING, OR GOING TO, OR SOMETHING, SO I RAN HOME QUICK TO CHECK MY ANSWERING MACHINE TO SEE IF MY EX CALLED. (I WAS SORT OF CAUGHT BETWEEN THE OLD AND THE NEW.)

72    I RETURNED, AND SPENT ABOUT AN HOUR WITH SHARON, BEFORE LEAVING A SECOND TIME. I WASN'T TWO BLOCKS AWAY WHEN A SMALL BLACK PICK-UP CAME FLYING UP BEHIND ME SO FAST I THOUGHT IT WAS GOING TO REAR-END ME. (SOUND FAMILIAR?) THEN I SEE THE RED FLASHING LIGHT GO OFF, AND REALIZE IT'S POLICE, JUST AS WE ARE AT AN INTERSECTION, SO I MADE THIS RIGHT-TURN, AS MUCH AS TO AVOID A COLLISION AS TO PULL OVER.

73    LT JAMES SMITH WALKS UP AND SAYS, "LICENSE AND REGISTRATION." AS I GOT IT OUT, I POLITELY ASKED WHY HE PULLED ME OVER. WITHOUT EVEN LOOKING AT MY I.D., HE SAYS, "STEP OUT OF THE CAR." HE TAKES ME TO THE REAR OF THE CAR, HAS ME 'ASSUME THE POSITION' AND BEGINS TAKING EVERYTHING OUT OF MY POCKETS, THOROUGHLY SEARCHING ME, AND NOT JUST PATTING ME DOWN FOR WEAPONS, AS I LOOKED OVER MY SHOULDER AND SAID, "I'M

NOT TRYING TO BE A WISEGUY, BUT AREN'T YOU
NOT ALLOWED TO DO WHAT YOU'RE DOING?"
(I KNEW ALMOST NOTHING ABOUT THE LAW THEN)
IT SMITH SAID, "YOU OBVIOUSLY DON'T KNOW
ANYTHING ABOUT THE LAW. YOU'RE LEAVING
A KNOWN DRUG AREA. THAT'S ALL THE PROBABLE
CAUSE I NEED. I CAN SEARCH ANYTHING
I WANT, AND IF YOU DO THAT AGAIN, YOU'RE
UNDER ARREST." (THIS WAS NOT A DRUG AREA BTW)

74    CONFUSED, I LOOKED OVER MY SHOULDER
AGAIN, AND ASKED, "DO WHAT AGAIN?" HE
SAID, "THAT'S IT. YOU'RE UNDER ARREST
FOR RESISTING ARREST." INCREDULOUS, I
SAID, "I WASN'T UNDER ARREST IN THE FIRST
PLACE, AND I STILL DON'T KNOW WHAT I
DID." HE TOLD ME THAT HE'D ORDERED
ME TO PLACE MY HANDS ON THE CAR, AND
THAT IN LOOKING OVER MY SHOULDER TO
TALK TO HIM, I'D LIFTED MY LEFT HAND,
(WHICH I DID INADVERTANTLY, AN INCH,
IF AT ALL), AND THAT AFTER HE'D WARNED
ME, I DID IT AGAIN,

75    NOW AS SOON AS HE SAID, "YOU'RE UNDER
ARREST," HIS PARTNER COMES UP OUT OF
MY CAR, HOLDING MY CIGARETTE PACK,
WHICH CONTAINED 1.4 GRAMS OF CRACK COCAINE,
1.1 GRAMS IN ONE BAG, AND 0.3 GRAMS IN
ANOTHER. HE SAYS, "DO YOU HAVE ANY MORE,

OR IS THIS IT?" I SAID THAT THERE WERE NO MORE DRUGS.

76   NOW THEY BEGIN INTERROGATING, IN THE STREET, WHILE I HAVE CUFFS ON. FIRST THEY ACCUSE ME OF BEING THE DEALER IN THE HOUSE, WHICH THEY KNEW WASN'T TRUE, TO FRIGHTEN ME. I SAID, "NO I'M NOT — AND YOU KNOW THAT, OBVIOUSLY." HE POINTED OUT THAT I LEFT AND RETURNED 15 MINUTES LATER. I SAID, "SO WHAT? I LIVE 5 MINUTES AWAY, AND WENT TO CHECK MY MACHINE."

77   THEN HE SAYS, "WELL YOU COULD BE SELLING 20'S ON THE STREET IN BELLPORT." I SAID, "YEAH RIGHT. A WHITE GUY SELLING CRACK ON THE STREET IN BELLPORT, WHO ARE YOU KIDDING?" SO THEN HE SHIFTS GEARS COMPLETELY, TO HIS REAL PURPOSE. HE SAYS, "ALL WE WANT TO KNOW IS THAT YOU GOT IT AT THE HOUSE. WE DON'T WANT YOU TO SIGN A STATEMENT OR TESTIFY (YEAH RIGHT), JUST TELL US YOU GOT IT AT THE HOUSE."

78   I TOLD HIM I COULDN'T HELP HIM BECAUSE I'D BOUGHT THE CRACK ON THE STREET IN BELLPORT. HE SAID, "BULLSHIT. THEY DON'T BAG IN BELLPORT." I SAID, "I KNOW. I HATE THAT — I BOUGHT MY OWN BAGS AND PUT IT IN SO IT WASN'T LOOSE." HE DID NOT LIKE THAT ANSWER.